UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS A. WORTMAN,<br><br>           Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>           Defendants. | Case No. 5:14-cv-04567-PSG<br><br>**JUDGMENT** |

      The court has granted Defendants United States of America, Loretta E. Lynch,[1] James B. Comey and Kamala Harris's motions to dismiss.[2] In so doing, the court granted Plaintiff Chris A. Wortman leave to amend his complaint within 21 days. Because the time for amendment has passed and no amended pleading was filed, the court enters judgment in favor of Defendants.[3] The Clerk shall close the file.

**SO ORDERED.**

Dated: June 22, 2015

                                                           PAUL S. GREWAL<br>                                                           United States Magistrate Judge

---

[1] Attorney General Lynch is substituted for former Attorney General Eric Holder pursuant to Fed. R. Civ. P. 25(d).

[2] *See* Docket No. 35.

[3] *See* Fed. R. Civ. P. 58(b)(1)(C) ("unless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign and enter the judgment when . . . the court denies all relief"); Fed. R. Civ. P. 58(d) ("[a] party may request that judgment be set out in a separate document as required by Rule 58(a).").

1

Case No. 5:14-cv-04567-PSG
JUDGMENT